# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139860(70)

RAQUEL ROBELIN, Conservator, for
TEIJA McCALL,
        Plaintiff-Appellee,

v

SPECTRUM HEALTH HOSPITALS, d/b/a
SPECTRUM HEALTH-EAST CAMPUS,
JOHN HARTMANN, M.D., and
ADVANTAGE HEALTH PHYSICIANS, P.C.,
        Defendants-Appellants.
_____

SC: 139860
COA: 279780
Kent CC: 04-010444-NH

On order of the Chief Justice, the motion by defendants-appellants for adjournment of the oral argument on the application is considered and it is GRANTED. The clerk is directed to place this case on the November 2010 session calendar for argument.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2010

Clerk